IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA WATER DISTRICT,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>    Defendant,<br>_____ /<br>AND RELATED COUNTERCLAIMS.<br>_____ / | No. C-09-0983 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Conference Statement, filed July 31, 2009, in which the parties request a continuance of the August 7, 2009 Case Management Conference, in light of a private mediation expected to take place on one of three specified dates in September 2009, the last of which is September 30.

Good cause appearing, the Case Management Conference is hereby CONTINUED from August 7, 2009 to October 16, 2009. A Joint Case Management Statement shall be filed no later than October 9, 2009.

**IT IS SO ORDERED.**

Dated: August 4, 2009


MAXINE M. CHESNEY
United States District Judge