SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MATTHEW C. LOVELL  Bar No. 189728
matthew.lovell@sdma.com
DEAN J. MCELROY  Bar. No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900

Attorneys for defendant and counterclaimant
HARTFORD UNDERWRITERS INSURANCE COMPANY

BOWLES & VERNA LLP
MICHAEL P. CONNOLLY  Bar No. 238478
mconnolly@bowlesverna.com
ROBERT I. WESTERFIELD  Bar No. 112183
rwesterfield@bowlesverna.com
2121 N. California Blvd, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300

Attorneys for plaintiff and counterdefendant
CONTRA COSTA WATER DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA WATER DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY; and Does 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>CONTRA COSTA WATER DISTRICT,<br><br>　　　　Counterdefendant | CASE NO. CV 09-0983 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 30, 2010 FURTHER CASE MANAGEMENT CONFERENCE AND DATES FOR RULE 26(A) INITIAL DISCLOSURES AND EXCHANGE OF DOCUMENTS**<br><br><br>**Courtroom:　7**<br>**Judge:　　Hon. Maxine M. Chesney** |

SF/1709967v1                             -1-                    Case No. CV 09-0983 MMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND RULE 26(A) DISCLOSURES

Per Northern District Local Rule 16-2(d) and (e), plaintiff and counterdefendant Contra Costa Water District ("CCWD") and defendant and counterclaimant Hartford Underwriters Insurance Company ("Hartford"), by and through their counsel of record, stipulate as follows:

**RECITALS**

Pursuant to a Stipulated Order dated June 11, 2010, the Court approved the parties' agreement to participate in a further mediation session with Hon. Ronald M. Sabraw (Ret.) at JAMS, on Friday, July 16, 2010, and scheduled a case management conference for July 30, 2010. *See* Document No. 31.  Since a prior case management conference on March 12, 2010, the parties have continued to exchange information and documents to narrow the issues for mediation.  As the July 16 mediation date approached, however, the parties realized that it would be necessary to exchange additional information to improve the prospects that the mediation session would be productive.  As such, the parties rescheduled the mediation session with Judge Sabraw to take place on August 16, 2010.  This date was the earliest feasible date, in light of the parties' efforts to exchange information, and the conflicting calendars of Judge Sabraw, the parties' representatives, and the parties' counsel.

At the March 12, 2010 case management conference, the Court advised the parties that, if they needed more time to try to resolve this matter, they should submit a stipulation requesting a continuance of the future case management conference.  Although the parties do not wish in any way to unnecessarily delay the litigation of this matter, they believe it is prudent to return to mediation in an effort to settle their disputes before substantial resources are expended in making Rule 26(a) initial disclosures, conducting other discovery, and otherwise preparing the case for trial.

Therefore, in the interest of saving time, money, and the Court's resources, the parties request that the July 30, 2010 case management conference be continued to September 10, 2010, or a convenient date thereafter, that the case be stayed until that time, and that the parties' Rule 26(a) disclosures and exchange of documents be postponed until after the date of the next case management conference.

\\\

## STIPULATION

Based on the foregoing Recitals, CCWD and Hartford agree and stipulate as follows:

(1)  The further case management conference scheduled for July 30, 2010, shall be continued to September 10, 2010 or a convenient date thereafter;

(2)  The parties shall submit a joint case management statement one week before the date of the further case management conference;

(3)  All discovery and law and motion practice in this case shall be stayed until after the further case management conference, including the parties' Rule 26(a) initial written disclosures and exchange of documents.

IT IS SO STIPULATED.

DATED: July 15, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ *Matthew C. Lovell*_____
   Bruce D. Celebrezze
   Matthew C. Lovell
   Dean J. McElroy
   Attorneys for Defendant and Counterclaimant HARTFORD UNDERWRITERS INSURANCE COMPANY

DATED: July 15, 2010        BOWLES & VERNA LLP


By:  /s/ *Robert I. Westerfield*_____
   Robert I. Westerfield
   Michael P. Connolly
   Attorneys for plaintiff and counterdefendant CONTRA COSTA WATER DISTRICT

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Matthew C. Lovell
Matthew C. Lovell

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

(1) The further case management conference scheduled for July 30, 2010, is continued to September 10, 2010;

(2) The parties shall submit a joint case management statement one week before the date of the further case management conference;

(3) All discovery and law and motion practice in this case shall be stayed until after the further case management conference, including the parties' Rule 26(a) initial written disclosures and exchange of documents.

DATED: July 20, 2010

/s/ Vaughn R Walker for
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE