SEDGWICK, DETERT, MORAN & ARNOLD LLP
MATTHEW C. LOVELL  Bar No. 189728
matthew.lovell@sdma.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for defendant and counterclaimant
HARTFORD UNDERWRITERS INSURANCE COMPANY

BOWLES & VERNA LLP
ROBERT I. WESTERFIELD  Bar No. 112183
rwesterfield@bowlesverna.com
MICHAEL P. CONNOLLY  Bar No. 238478
mconnolly@bowlesverna.com
2121 N. California Blvd, Suite 875
Walnut Creek, California  94596
Telephone:    (925) 935-3300
Facsimile:    (925) 935-0371

Attorneys for plaintiff and counterdefendant
CONTRA COSTA WATER DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA WATER DISTRICT,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY; and Does 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 09-0983 MMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER** |
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>    v.<br><br>CONTRA COSTA WATER DISTRICT,<br><br>    Counterdefendant | Date:        Friday, December 10, 2010<br>Time:        10:30 a.m.<br>Courtroom:   7<br>Judge:       Hon. Maxine M. Chesney |

1     Per Federal Rule of Civil Procedure 16, the Civil Local Rules of this Court, and the Standing Order of this Court, defendant/counterclaimant HARTFORD UNDERWRITERS INSURANCE COMPANY ("Hartford") and plaintiff/counterdefendant CONTRA COSTA WATER DISTRICT ("CCWD" or "Plaintiff"), by and through their undersigned counsel, submit the following Case Management Conference Statement.

    At the last Case Management Conference on September 10, 2010, the parties advised the Court that, earlier that morning, they had reached agreement on the terms of a settlement. This agreement was attained when the parties signed a written "mediator's proposal" prepared by the Hon. Ronald Sabraw (Ret.), of JAMS. At the September 10 conference, the parties advised the Court that they anticipated they would be able to complete the process of executing all settlement documents and mutual requests for dismissal by December 10, 2010, the date selected for the next conference.

    Despite the parties' efforts, and their counsel's subsequent success in reaching agreement in principle on the provisions of the settlement agreement, the agreement has not been finalized or executed by all parties, nor have its terms been implemented.

    Accordingly, the parties request that the Case Management Conference, currently set for December 10, 2010, be <u>vacated</u>, and the matter be re-set for a further conference on February 11, 2011, or a date near then that is convenient to the Court. In the meantime, the parties will work to finalize the settlement and dismissal of the action before that date.

DATED: December 3, 2010    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:    */s/ Bruce D. Celebrezze*
    Bruce D. Celebrezze
    Matthew C. Lovell
    Attorneys for defendant and counterclaimant
    HARTFORD UNDERWRITERS
    INSURANCE COMPANY

DATED: December 3, 2010    BOWLES & VERNA LLP

By:    */s/ Robert I. Westerfield*
    Robert I. Westerfield
    Michael P. Connolly
    Attorneys for plaintiff and counterdefendant
    CONTRA COSTA WATER DISTRICT

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ *Matthew C. Lovell*
Matthew C. Lovell

**ORDER**

Pursuant to the joint statement set forth above, and good cause appearing, IT IS SO ORDERED.  The Case Management Conference set for December 10, 2010 at 10:30 a.m. in this department, is vacated.

A new Case Management Conference is set for February 11, 2011.  In the meantime, the parties will work to finalize the settlement and dismissal of the action before that date.

Dated:  December 8, 2010

Maxine M. Chesney
UNITED STATES DISTRICT JUDGE