SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MATTHEW C. LOVELL  Bar No. 189728
matthew.lovell@sdma.com
DEAN J. MCELROY  Bar. No. 213132
dean.mcelroy@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900

Attorneys for defendant and counterclaimant
HARTFORD UNDERWRITERS INSURANCE COMPANY

BOWLES & VERNA LLP
MICHAEL P. CONNOLLY  Bar No. 238478
mconnolly@bowlesverna.com
ROBERT I. WESTERFIELD  Bar No. 112183
rwesterfield@bowlesverna.com
2121 N. California Blvd, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300

Attorneys for plaintiff and counterdefendant
CONTRA COSTA WATER DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 09-0983 MMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>CONTRA COSTA WATER DISTRICT,<br><br>Counterdefendant | **Courtroom:  7**<br>**Judge:          Hon. Maxine M. Chesney** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff and counterdefendant Contra Costa Water District ("CCWD") and defendant and counterclaimant Hartford Underwriters Insurance Company ("Hartford"), by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety.

IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire action, including CCWD's Complaint and Hartford's Counterclaim, shall be DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

IT IS SO AGREED AND STIPULATED.

DATED: December 29, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ *Dean J. McElroy*
    Bruce D. Celebrezze
    Matthew C. Lovell
    Dean J. McElroy
    Attorneys for defendant and dounterclaimant HARTFORD UNDERWRITERS INSURANCE COMPANY

DATED: December 29, 2010        BOWLES & VERNA LLP


By: /s/ *Robert I. Westerfield*
    Robert I. Westerfield
    Michael P. Connolly
    Attorneys for plaintiff and counterdefendant CONTRA COSTA WATER DISTRICT

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ *Dean J. McElroy*
Matthew C. Lovell

/ / /

/ / /

/ / /

/ / /

**ORDER**

Pursuant to the foregoing stipulation of counsel, IT IS SO ORDERED that this entire action, including CCWD's Complaint and Hartford's Counterclaim, shall be DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

DATED:  January 4, 2011

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE